THE CITY OF NEW Y
LAW DEPARTM
100 CHURCH STRI
NEW YORK, NY 1(

**STEVEN BANKS**
*Corporation Counsel*

Request GRANTED. The attorneys-only pre-settlement conference is adjourned to **September 22, 2026 at 10:30 AM**. The in-person settlement conference is now on **September 29, 2026 at 10:30 AM**. SO ORDERED.

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge
July 13, 2026

**By ECF**
Honorable Jennifer Willis
United States Magistrate Judge
Southern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Sharon Bell et al. v. The New York City Department of Education, 1:25-cv-09817-PAE

Dear Magistrate Judge Willis,

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, assigned to represent Defendant, The New York City Department of Education, in the above-referenced action. I write to respectfully request an adjournment of the upcoming settlement conference for approximately 60 days, from July 28, 2026, to September 29, 2026. The requested extension is necessary to allow the parties sufficient time to review and evaluate each other's damages calculations in advance of the conference, thereby facilitating meaningful settlement discussions.

Defendant has provided the relevant damages data to its expert for analysis. Following the expert's review, additional questions arose regarding the information provided. On July 7, 2026, Defendant requested supplemental information from Plaintiffs that is necessary for the expert to complete the damages analysis and calculate the parties' potential damages exposure. Plaintiffs have conferred with their expert and expect to have a response by on or about July 13th. Once that information is received and analyzed, Defendant will be in a better position to evaluate the case and obtain the necessary settlement authority to engage in productive settlement negotiations.

This is Defendant's second request for an extension of time to respond to prepare for the settlement conference. The requested adjournment will not affect any other scheduled deadlines in this matter. I have contacted Plaintiffs regarding this request and they do not object since Defendant needs to have the requisite settlement authority from the DOE and Comptroller to enter into productive settlement discussions.

I thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Sonya G. Chazin
Sonya G. Chazin
Assistant Corporation Counsel

cc: All Parties (by ECF)