Request GRANTED. The September 22 pre-settlement conference and September 29 settlement conference are ADJOURNED *sine die*. The parties are to email chambers with at least three mutually agreeable dates to reschedule the conference by **September 21, 2026**. SO ORDERED.

JENNIFER E. WILLIS
United States Magistrate Judge
September 14, 2026

THE CITY OF NEW
LAW DEPART
100 CHURCH ST
NEW YORK, NY

**STEVEN BANKS**
*Corporation Counsel*

**By ECF**
Honorable Jennifer Willis
United States Magistrate Judge
Southern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Sharon Bell et al. v. The New York City Department of Education, 1:25-cv-09817-PAE

Dear Magistrate Judge Willis,

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, assigned to represent Defendant, The New York City Department of Education, in the above-referenced action. I write to respectfully request an adjournment of the upcoming settlement conference for approximately 60 days, from September 29, 2026, to November 30, 2026. The requested extension is necessary to allow Defendants sufficient time to review and evaluate supplemental information provided by Plaintiffs regarding their damages calculations in advance of the conference, thereby facilitating meaningful settlement discussions.

Defendant is in receipt of supplemental information provided by Plaintiffs regarding their alleged damages. However, Plaintiffs have made certain factual and legal claims that require additional review by Defendant and its expert. This information is currently being reviewed by Defendant's expert to fully evaluate the value of the case and obtain necessary settlement authority. Accordingly, Defendant needs additional time, to evaluating the legal and factual basis surrounding the supplemental information provided by Plaintiffs specifically regarding Plaintiffs' alleged damages. This additional time will allow Defendant's expert to complete their review and obtain a counteroffer to Plaintiffs' demand. Additionally, this extension undersigned will be on a pre-planned vacation from September 5, 2026 to September 13, 2026.

This is Defendant's third request for an extension of time to respond to prepare for the settlement conference. Defendant understands that per Judge Engelmayer's previous Order, discovery will commence and this requested adjournment will not affect any other scheduled deadlines in this matter. I contacted Plaintiff's counsel regarding this request earlier today and as

of the filing of this letter, I have not heard back as to whether or not they consent to this adjournment.

Please note that having this mediation prior to determining how to proceed regarding the alleged damages would not be fruitful and a waste of judicial resources. This request is made in good faith and not for the purposes of delay.

I thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Sonya G. Chazin
Sonya Gidumal Chazin
Assistant Corporation Counsel

cc: All Parties (by ECF)